UNPUBLISHED

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                No. 96-4007

WINSTON LEONARD COLLINS,
Defendant-Appellant.

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                No. 96-6431

WINSTON LEONARD COLLINS,
Defendant-Appellant.

Appeals from the United States District Court
for the Eastern District of Virginia, at Richmond.
Richard L. Williams, Senior District Judge.
(CR-89-48)

Submitted: July 16, 1996

Decided: July 31, 1996

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Robert L. Flax, Richmond, Virginia, for Appellant. Helen F. Fahey,
United States Attorney, David T. Maguire, Assistant United States
Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Winston Collins was originally sentenced to 360 months imprisonment for various drug offenses. On appeal and on his motion to vacate his sentence, we affirmed Collins's conviction in all respects,[1] but vacated and remanded his sentence because of an Ex Post Facto violation. On remand, Collins was resentenced to 292 months. He appeals this sentence and appeals the district court's denial of his FED. R. CRIM. P. 41(e) motion. We affirm.

Collins's challenges to his sentence have been rejected previously or are waived. His contention that insufficient evidence supports his continuing criminal enterprise conviction was rejected on direct appeal. He fails to show that we should reconsider it now.[2] His arguments that the district court erred by enhancing his sentence for obstruction of justice and by failing to depart downward based upon his voluntary return to the United States are nonconstitutional claims that were waived by his failure to raise them on direct appeal.[3] Therefore, in No. 96-4007, we affirm.

Additionally, Collins appeals from the district court's order denying his FED. R. CRIM. P. 41(e) motion for the return of property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, in No. 96-6431, we affirm on the reasoning of the district court. United States v. Collins, No. CR-89-48

_____

[1] **United States v. Collins**, No. 90-5002 (4th Cir. Apr. 18, 1991) (unpublished); United States v. Collins, No. 95-6386 (4th Cir. Oct. 16, 1995) (unpublished).
[2] **See Davis v. United States**, 417 U.S. 333, 342 (1974); Boeckenhaupt v. United States, 537 F.2d 1182, 1183 (4th Cir.), cert. denied, 429 U.S. 863 (1976).
[3] **Stone v. Powell**, 428 U.S. 465, 477 n.10 (1976).

2

(E.D. Va. Mar. 1, 1996). Additionally we deny Collins's motions for transcripts and copies of the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3